**FILED**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

MAY 03 2019

Clerk, U.S. Courts
District Of Montana
Billings Division

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF SAMSUNG-SCH-R740C WITH IMEI: 268435462916240929; ALCATEL A405DL WITH IMEI ENDING IN 4008496558, CURRENTLY LOCATED AT DEA BILLINGS RESIDENT OFFICE, 2970 KING AVE WEST, BILLINGS, MONTANA | MJ-19-38-BLG-TJC<br>~~MJ- -BLG-TJC~~<br>MJ-19-39-BLG-TJC<br><br>ORDER |

Based on motion of the United States and good cause appearing,

IT IS HEREBY ORDERED that this case and all pleadings in it, including the Application and Affidavit for the Search Warrant filed herein, are SEALED for a period of twelve months.

IT IS FURTHER ORDERED that this case is unsealed for the limited purposes of providing copies of documents in discovery, upon initial appearance on an Indictment by any defendant related to this search warrant, service/receipt of request for discovery by defense counsel, pursuant to Fed. R. Crim. P. 16, and for the purpose of serving the warrant as required by Fed. R. Crim. P. 41(f)(1)(C).

DATED this 3 day of May 2019.

HON. TIMOTHY J. CAVAN
U.S. Magistrate Judge